WRILSON S. TIFFT, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Submitted January 21, 1892; decided February 9, 1892.)

APPEAL from order of the General Term of the Superior Court of Buffalo, made November 19, 1889, which reversed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury, and granted a new trial.

*W. F. Worthington* for appellant.

*Giles E. Stilwell* for respondent.

Agree to affirm and for judgment absolute against defendant on stipulation; no opinion.

All concur.

Order affirmed and judgment accordingly.

———————

JOSEPH LEVI et al., Respondents, *v.* EDWARD S. NEWHALL et al., Appellants.

(Argued January 21, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 4, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Galen R. Hitt* for appellants.

*A. J. Simpson* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.